# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikeal Glenn Stine, | No. CV-23-00249-TUC-JAS |
| Petitioner, | **ORDER** |
| v. | |
| M. Gutierrez, | |
| Respondent. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Aguilera that recommends denying Petitioner's Petitioner for Writ of Habeas Corpus. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Aguilera's recommendations are not clearly erroneous. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

///
///
///
///
///

Accordingly, **IT IS HEREBY ORDERED** as follows:

(1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 14) is accepted and adopted.

(2) Petitioner's Petitioner for Writ of Habeas Corpus (Doc. 1) is **denied**.

(3) The Clerk of Court shall enter judgment and close the file in this case.

Dated this 17th day of January, 2025.

Honorable James A. Soto
United States District Judge